UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEELAM UPPAL,

    Plaintiff,

v.                                                           Case No: 8:19-cv-2319-T-36TGW

WELLS FARGO FINANCIAL and JOHN
DOES 1-5,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on October 7, 2019 (Doc. 5). In the Report and Recommendation, Magistrate Judge Wilson recommends that the complaint (Doc. 1) be dismissed and the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) be deferred pending an opportunity for the Plaintiff to file within thirty days an amended complaint that complies with the Federal Rules of Civil Procedure. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's complaint (Doc. 1) is DISMISSED, without prejudice.

(3) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is DEFERRED.

(4) Plaintiff is granted leave to file an amended complaint within **thirty (30) days** from the date of this Order which complies with the Federal Rules of Civil Procedure. **Failure to file an amended complaint within the time provided will result in this action being dismissed without further notice.**

**DONE AND ORDERED** at Tampa, Florida on November 4, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record