# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NEELAM UPPAL,

    Plaintiff,

v.                                                   Case No. 8:19-cv-2319-T-210TGW

WELLS FARGO FINANCIAL,

    Defendant.
_____/

## ORDER

    This order follows the Court's examination of this action. Under Title 28, United States Code, Section 455, and Canon 3(C) of the Code of Conduct for United States Judges, I will recuse myself from this case because I have a financial interest in the Defendant corporation. Accordingly, the Clerk is directed to reassign by random draw this case to another District Judge.

    **ORDERED** in Tampa, Florida, on January 12, 2021.

_____
Kathryn Kimball Mizelle
United State District Judge